United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00181-RNO |
| Dawn Michele Mead | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 24, 2021 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dawn Michele Mead, 621 1st Street, Richmondale, PA 18421-9610 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 19:06:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Dawn Michele Mead johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **DAWN MICHELLE MEAD,** | : | **Chapter 13** |
| Debtor, | : | Case No. **5:21-bk-00181** |
| | | |
| **DAWN MICHELLE MEAD,** | : | |
| Movant, | : | |
| vs. | : | |
| **LAKEVIEW LOAN SERVICING, LLC,** and | : | Motion to |
| All Parties listed on the mailing matrix | : | Extend Stay |
| filed with the Clerk, | : | |
| Respondents. | : | |

### ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

AND NOW, upon consideration of the above-captioned Motion to Extend Automatic Stay, it is hereby ORDERED that the Motion to Extend Automatic Stay be and is hereby GRANTED. It is further ORDERED that the automatic stay in the above-captioned case is hereby EXTENDED as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

Dated: February 24, 2021

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge (PAR)