In re:  Case No. 21-00181-RNO

Dawn Michele Mead  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2

Date Rcvd: Feb 24, 2021     Form ID: pdf010     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5387609 | + | Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5387611 | + | Car-Lotta Credit, 303 Wyoming Ave, Kingston, PA 18704-3502 |
| 5387615 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5387616 | + | Credit Corp Solutions, Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5387617 | + | Financial Recoveries, 200 East Park Dr., Suite 100, PO Box 1388, Mt. Laurel, NJ 08054-7388 |
| 5387618 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5387619 | | Geisinger, PO Box 27727, Newark NJ 07101-7727 |
| 5387621 | + | Jordan Mead, 621 1st Street, Richmondale PA 18421-9610 |
| 5387622 | | Lakeview Loan Servicing, M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 5387624 | + | Mary Evans, 1931 Roosevelt Hwy., Honesdale, PA 18431-4213 |
| 5387628 | + | Rebecca Ann Solarz, Esquire, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 5387630 | + | Robert Joseph Davidow, Esquire, Mason, Griffin & Pierson, PC, 101 Poor Farm Road, Princeton, NJ 08540-1941 |
| 5387631 | + | Robertson, Anschutz & Schneid, PL, 6409 Congress Avenue, Suite 100, Bocca Raton, FL 33487-2853 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5387608 | + | Email/Text: g20956@att.com | Feb 24 2021 18:56:00 | AT&T Mobility II, LLC, c/o AT&T Services, Inc., Karen Cavagnaro - lead paralegal, One AT&T Way, Rm.3A104, Bedminster NJ 07921-2693 |
| 5387609 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 19:06:43 | Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5387610 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 19:06:29 | Capital One Best Buy, PO Box 30253, Salt Lake City UT 84130-0253 |
| 5387612 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2021 18:56:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Ste 4A, Vallhalla, NY 10595-2323 |
| 5387613 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2021 18:56:00 | Cavalry SPV 1, LLC, 500 Summit Lake Dr, Suite 400, Valhalla, NY 10595-2321 |
| 5388379 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2021 18:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5387620 | | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2021 18:56:00 | JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5387614 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 19:05:26 | Chase Bank USA, N.A., PO Box 15298, Wilmington DE 19850 |
| 5387623 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 19:05:29 | LVNV Funding, LLC, Resurgent Capital Svcs, PO Box 10587, Greenville, SC 29603-0587 |
| 5390540 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 19:05:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5387625 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 24 2021 18:56:43 | Navy Federal Credit Union, PO Box 3000, |

| | | | | |
|---|---|---|---|---|
| | | | | Merrifield VA 22119-3000 |
| 5387626 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 24 2021 19:05:28 | Portfolio Recovery Assoc. LLC, PO Box 12914, Norfolk, VA 23541 |
| 5387629 | + | Email/Text: Supportservices@receivablesperformance.com | | |
| | | | Feb 24 2021 18:56:00 | Receivables Performance, 20816 44th Ave. West Suite 140, Lynwood, WA 98036-7744 |
| 5388174 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 24 2021 19:05:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5387632 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 24 2021 19:05:26 | Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5387627 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., LLC, PO Box 12914, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Dawn Michele Mead johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **DAWN MICHELLE MEAD,** | : | **Chapter 13** |
| Debtor, | : | Case No. **5:21-bk-00181** |
| **DAWN MICHELLE MEAD,** | : | |
| Movant, | : | |
| vs. | : | |
| **LAKEVIEW LOAN SERVICING, LLC,** and | : | Motion to |
| All Parties listed on the mailing matrix | : | Extend Stay |
| filed with the Clerk, | : | |
| Respondents. | : | |

### ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

AND NOW, upon consideration of the above-captioned Motion to Extend Automatic Stay, it is hereby ORDERED that the Motion to Extend Automatic Stay be and is hereby GRANTED. It is further ORDERED that the automatic stay in the above-captioned case is hereby EXTENDED as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

Dated: February 24, 2021

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Bankruptcy Judge (PAR)