United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                 Case No. 21-00181-RNO

Dawn Michele Mead                                                      Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                  User: AutoDocke                                      Page 1 of 2

Date Rcvd: Mar 08, 2021                         Form ID: ntcnfhrg                               Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Michele Mead, 621 1st Street, Richmondale, PA 18421-9610 |
| 5387611 | + | Car-Lotta Credit, 303 Wyoming Ave, Kingston, PA 18704-3502 |
| 5387615 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5387616 | + | Credit Corp Solutions, Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5387617 | + | Financial Recoveries, 200 East Park Dr., Suite 100, PO Box 1388, Mt. Laurel, NJ 08054-7388 |
| 5387619 | | Geisinger, PO Box 27727, Newark NJ 07101-7727 |
| 5387618 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5387621 | + | Jordan Mead, 621 1st Street, Richmondale PA 18421-9610 |
| 5387622 | | Lakeview Loan Servicing, M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 5387624 | + | Mary Evans, 1931 Roosevelt Hwy., Honesdale, PA 18431-4213 |
| 5387628 | + | Rebecca Ann Solarz, Esquire, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 5387630 | + | Robert Joseph Davidow, Esquire, Mason, Griffin & Pierson, PC, 101 Poor Farm Road, Princeton, NJ 08540-1941 |
| 5387631 | + | Robertson, Anschutz & Schneid, PL, 6409 Congress Avenue, Suite 100, Bocca Raton, FL 33487-2853 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 08 2021 19:01:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5387608 | + | Email/Text: g20956@att.com | Mar 08 2021 18:44:00 | AT&T Mobility II, LLC, c/o AT&T Services, Inc., Karen Cavagnaro - lead paralegal, One AT&T Way, Rm.3A104, Bedminster NJ 07921-2693 |
| 5387609 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2021 19:02:30 | Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5387610 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 08 2021 19:02:20 | Capital One Best Buy, PO Box 30253, Salt Lake City UT 84130-0253 |
| 5387612 | + | Email/Text: bankruptcy@cavps.com | Mar 08 2021 18:44:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Ste 4A, Vallhalla, NY 10595-2323 |
| 5387613 | + | Email/Text: bankruptcy@cavps.com | Mar 08 2021 18:44:00 | Cavalry SPV 1, LLC, 500 Summit Lake Dr, Suite 400, Valhalla, NY 10595-2321 |
| 5388379 | + | Email/Text: bankruptcy@cavps.com | Mar 08 2021 18:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5387620 | | Email/Text: bnc-quantum@quantum3group.com | Mar 08 2021 18:44:00 | JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5387614 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 08 2021 19:02:04 | Chase Bank USA, N.A., PO Box 15298, Wilmington DE 19850 |
| 5387623 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2021 19:02:06 | LVNV Funding, LLC, Resurgent Capital Svcs, PO Box 10587, Greenville, SC 29603-0587 |
| 5390540 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2021 19:01:50 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5387625 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 08 2021 18:44:16 | Navy Federal Credit Union, PO Box 3000, Merrifield VA 22119-3000 |
| 5387626 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 08 2021 19:02:06 | Portfolio Recovery Assoc. LLC, PO Box 12914, Norfolk, VA 23541 |
| 5387629 | + | Email/Text: Supportservices@receivablesperformance.com | Mar 08 2021 18:44:00 | Receivables Performance, 20816 44th Ave. West Suite 140, Lynwood, WA 98036-7744 |
| 5388174 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2021 19:01:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5387632 | | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2021 19:02:18 | Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5387627 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., LLC, PO Box 12914, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Dawn Michele Mead johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Dawn Michele Mead, | Chapter 13 |
| **Debtor 1** | Case No. 5:21−bk−00181−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **April 28, 2021** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: May 5, 2021 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 8, 2021 |

ntcnfhrg (03/18)