UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dawn Michele Mead<br>　　　　　　　　　Debtor<br><br>Lakeview Loan Servicing, LLC<br>　　　　　　　　　Movant<br>vs.<br><br>Dawn Michele Mead<br>　　　　　　　　　Debtor<br><br>and Jack N. Zaharopoulos, Esq.<br>　　　　　　　　　Trustee | Chapter 13<br><br>Case No. 21-00181-MJC<br><br>11 U.S.C. Section 362 |

**ORDER**

Upon the filing of an Amended Certification of Default by the Movant in accordance with the Stipulation of the parties approved on November 16, 2021, it is hereby **ORDERED AND DECREED** that:

The Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 of the Bankruptcy Code, is modified with respect to the subject premises located at 621 1st Street, Richmondale, PA 18421 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 23, 2023