# Notice Recipients

District/Off: 0314–5   User: AutoDocketer   Date Created: 2/23/2023
Case: 5:21–bk–00181–MJC   Form ID: pdf010   Total: 4

**Recipients of Notice of Electronic Filing:**
tr   Jack N Zaharoupoulos   info@pamd13trustee.com
aty   Brian C Nicholas   bnicholas@kmllawgroup.com
aty   J. Zac Christman   zac@fisherchristman.com
aty   John Fisher   johnvfisher@yahoo.com

TOTAL: 4